**DISMISS; and Opinion Filed October 8, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01381-CR

### WILLIAM SEDRIC AUTREY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 296th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 429-81194-10

## MEMORANDUM OPINION
Before Justices Lang-Miers, Brown, and Schenck

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

141381F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WILLIAM SEDRIC AUTREY, Appellant

No. 05-14-01381-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 296th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 429-81194-10.
Opinion delivered per curiam before Justices
Lang-Miers, Brown, and Schenck.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 8th day of October, 2015.